THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ARTIS, Appellant. [639 NYS2d 728]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Copertino, Santucci and Joy, JJ., concur.